**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| GALLOWAY & JENSEN, | ) | 3:13-cv-00429-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| SAINT MARY'S PREFERRED HEALTH | ) | |
| INSURANCE COMPANY, INC., MARIA | ) | |
| JACINTO, and DOES 1-X, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the parties' stipulation (#8), this action is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

DATED: This 1st day of October, 2013.

_Howard D McKibben_

_____
UNITED STATES DISTRICT JUDGE