1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                      **DISTRICT OF NEVADA**
10
11   GALLOWAY & JENSEN,                )         3:13-cv-00429-HDM-WGC
                                       )
12                    Plaintiff,       )
                                       )         ORDER
13   vs.                               )
                                       )
14   SAINT MARY'S PREFERRED HEALTH     )
     INSURANCE COMPANY, INC., MARIA    )
15   JACINTO, and DOES 1-X,            )
                                       )
16                    Defendants.      )
     _____)
17
          Pursuant to the parties' stipulation (#8), this action is
18
     hereby dismissed with prejudice, with each party to bear its own
19
     costs and attorney's fees.
20
          IT IS SO ORDERED.
21
          DATED: This 1st day of October, 2013.
22
23                              _Howard D McKibben_
24                              _____
                                UNITED STATES DISTRICT JUDGE
25
26
27
28